United States District Court
Southern District of Texas
**ENTERED**
August 21, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Danielle Clark, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-6176 |
| | § | |
| Housing Alliance HTX | § | |
| f/n/a Houston Housing Authority, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER OF ADOPTION**

The Court has carefully considered the Magistrate Judge's Report and Recommendation (docket no. 9) dated August 3, 2026, and Plaintiff, Danielle Clark's objections (docket no. 10) and concludes that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Danielle Clark's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (docket no. 6) is **DENIED**.

**SIGNED** at Houston, Texas, on this the 21st day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE